UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRCT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| IN RE: ) | |
| NEIL LAWS ) | BANKRUPTCY NO. 14-40623-REG |
| ANGELINE LAWS ) | |
| Debtor(s) ) | |

### AGREED MATERIAL MODIFICATION OF PLAN AND ORDER

Comes now Debtors, by counsel, Christopher R. Schmidgall, and Chapter 13 Trustee, David Rosenthal, on the above-captioned Chapter 13 case, and show the Court that on November 14, 2014 Debtors filed a Chapter 13 Plan.

The Debtors and Trustee David Rosenthal hereby stipulate to the following Modification of said Plan which they deem to be material, and which they hereby move the Court to approve, without further notice and opportunity for hearing by creditors and parties in interest.

**Debtors and Trustee agree that all unsecured non-student loan claims shall be paid in full and the non-dischargeable student loan claims shall be subordinated to other dischargeable unsecured claims. Following the 100% repayment of unsecured creditors, Trustee shall direct the remaining funds available to non-dischargeable student loan creditors pro-rata. This Agreement resolves the Trustee's objection to confirmation of Debtor's plan.**

And the court having examined said Stipulated Modification of the Plan Payment, and being duly advised in the premises, finds that said proposed Modification does materially change the treatment of creditors, reduce the dividend to unsecured creditors, extend the time for payment to unsecured creditors, or effect the feasibility of the Plan, and that said proposed Material Modification should be, and is hereby approved without further notice or opportunity for hearing by any creditors, and that the holder of any claim or interest that has previously accepted or rejected the Plan, as the case may be, is deemed to have accepted the Plan as modified.

SO ORDERED.

Dated: _____

_____
HONORABLE JUDGE ROBERT GRANT,
CHIEF JUDGE U.S. BANKRUPTCY COURT

Distribution
Debtor(s)
Debtor(s)' Attorney
Creditor's Attorney (if applicable)
Trustee
U.S. Trustee

EXAMINED AND APPROVED:

__/s/Christopher R. Schmidgall_____
CHRISTOPHER SCHMIDGALL, Attorney for Debtor(s)

__/s/David Rosenthal_____
DAVID ROSENTHAL, TRUSTEE